# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

RONALD SATISH EMRIT,            )
                                )
        Plaintiff,        )
                                )
v.                              )   Case No. CIV-15-1109
                                )
TATE MUSIC GROUP, et al.,       )
                                )
        Defendants.       )

## **O R D E R**

Plaintiff commenced this action on October 5, 2015 and filed a motion for leave to proceed *in forma pauperis* [Doc. No. 2]. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B). On October 6, 2015, the Magistrate Judge filed his Report and Recommendation [Doc. No. 3] in which he recommended that the Court deny Plaintiff's motion and dismiss his action without prejudice unless Plaintiff paid the filing fee in full by October 26, 2015. In his Report and Recommendation, the Magistrate Judge advised Plaintiff of the right to file objections and directed Plaintiff to file any objections no later than October 26, 2015. The Magistrate Judge further admonished Plaintiff that failure to timely object would constitute a waiver of the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. The deadline for filing objections has expired and to date, Plaintiff

has not filed an objection or sought an extension of time in which to do so. Accordingly, the Report and Recommendation [Doc. No. 3] is **ADOPTED** as though fully set forth herein.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. No. 2] is **DENIED** and his Complaint [Doc. No. 1] is hereby **DISMISSED WITHOUT PREJUDICE**, as more fully set forth in the Report and Recommendation.

IT IS SO ORDERED this  29th  day of October, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE